**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00092-RM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. KEITH GREGORY SMITH,
  a.k.a. Keithen Smith,

 Defendant.

___

**ORDER SETTING TRIAL DATES AND DEADLINES**
___

  This matter has been scheduled for a **nine-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **July 7, 2014 at 9:00 a.m.** It is

  ORDERED THAT all pretrial motions shall be filed by **May 27, 2014** and responses to these motions shall be filed by **June 3, 2014**. It is further

  ORDERED that a Trial Preparation Conference is set for **July 1, 2014 at 10:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

  The parties shall be prepared to address the following issues at the Trial Preparation Conference:

  1) jury selection;

  2) sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 12th day of May, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge