**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00092-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     KEITH GREGORY SMITH,
     a.k.a. Keithen Smith,

      Defendant.

_____ _____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

      Pursuant to the Notice of Disposition filed on August 26, 2014 (Docket No. 23). A Change of Plea Hearing is set for **September 11, 2014 at 1:00 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

      The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **October 1, 2014**, and the **seven-day** jury trial scheduled for **October 6, 2014** are VACATED.

DATED this 28th day of August, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge