**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks<br>Court Reporter: Tammy Hoffschildt<br>Probation Officer: Gary Kruck | Date: December 9, 2014<br>Interpreter: n/a |

**CASE NO. 14-CR-00092-RM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Thomas O'Roarke |
| Plaintiff, | |
| v. | |
| | Matthew Belcher |
| **KEITH GREGORY SMITH,** | |
| Defendant. | |

### COURTROOM MINUTES

**SENTENCING HEARING**

**COURT IN SESSION: 10:10 a.m.**

Appearances of counsel.  Defendant is present and on bond.

Defendant entered his plea on September 16, 2014 to Counts 33 and 35 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Argument by Mr. Belcher in support of the defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553 [Docket No. 35].  Questions by the Court.

Argument by Mr. O'Rourke.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553 [Docket No. 35], is **GRANTED.**

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, **KEITH GREGORY SMITH** is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **9** months as to counts 33 and 35, to be served concurrently.

**ORDERED:** That the defendant shall voluntarily surrender to the United States Marshal Service for the District of Colorado by **3:00 p.m. December 9, 2014.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at **FPC, ENGLEWOOD, COLORADO**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one** year as to counts 33 and 35, to be served concurrently.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

- ( ) Mandatory drug testing provisions of 18 U.S.C. ' 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) The probation office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation
- (**X**) The defendant shall document all income or compensation generated or received from any source and shall provide such information to the probation officer as requested.
- (**X**) The defendant shall maintain separate personal and business finances and shall not comingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.
- (**X**) The defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes. This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** as follows:

| Name/Address of Victim | Amount |
| --- | --- |
| **IRS – RACS**<br>**Attn: Mail Stop 6261, Restitution**<br>**333 West Pershing Road**<br>**Kansas City, Missouri 64108** | **$128,893.87** |

**ORDERED:** Government's Motion to Dismiss Counts 1-32, 34, and 36 of the Indictment [Docket No. 31], is **GRANTED**.

Defendant advised of right to appeal.

**ORDERED:**  Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED**:  Bond is continued.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**Court in recess: 10:58 a.m.**
Hearing concluded.
Total time:   50 minutes